

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

VIA CM/ECF

July 19, 2021

United States District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Mercer v. Shree Krishna & Partners Hotels, LLC,* **Case No. 1:21-cv-03962-JPC**

Dear District Judge Cronan:

This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. Respectfully, we are requesting together with counsel for the defendant an additional thirty (30) day stay of all deadlines and conferences in that the Defendant is still in the process of reviewing the proposed settlement agreement for comment and execution. We were advised today that defendant's counsel anticipates the comments shortly. We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc: Jennifer Rusie, Esq. (via email)

The parties' request is granted. This case is stayed until August 18, 2021. Parties shall file a stipulation of dismissal or a status letter by August 18, 2021.

SO ORDERED.

Date: July 20, 2021
New York, New York

JOHN P. CRONAN
United States District Judge